IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA KINNEY, | x |
|    Plaintiff, | : |
| vs. | : Civil Action File No.<br>1:14-cv-02989-LMM |
| WILLOWWOOD-GLEN<br>NURSING CENTER, LLC, | : |
|    Defendant. | : |
| ------------------------------------------------------x | |

## ORDER

On the parties' joint motion and for good cause shown, it is hereby Ordered, that the Release and Settlement Agreement in this matter, signed by the parties on July 31, 2015 and August 4, 2015, is APPROVED by the Court. The case is dismissed with prejudice. The Clerk is instructed to close the case

IT IS SO ORDERED, this 17th day of August, 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE